UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Julio Merida

Case No: 13-38562-RAM
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on January 24, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Julio Merida
5671 NW 187th Street
Opa Locka, FL 33055

Space Coast Credit Union
8045 N. Wickham Road
Melbourne, FL 32941

Via Certified Mail:

Space Coast Credit Union
Attn: Doug Samuels, CEO
8045 N. Wickham Road
Melbourne, FL 32941

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*______________
Robert Sanchez, Esq., FBN#0442161